UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



IN RE:

SEARCH WARRANT            CASE NO. 2:20-mj-00143

MOTION TO UNSEAL

Comes now the United States of America, by M. Ryan Blackwell, Assistant United States Attorney, for the Southern District of West Virginia and moves this Court to unseal the Search Warrant, Application, Attachments, and Affidavit in this case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

/s/ M. RYAN BLACKWELL
M. Ryan Blackwell
Assistant United States Attorney
TN Bar No. 031991
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Email: ryan.blackwell@usdoj.gov